# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| DANIEL L. WILDER, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEORGIA DEPARTMENT OF HUMAN )<br>RESOURCES, )<br>)<br>Defendants. ) | Case No. CV412-180 |

## REPORT AND RECOMMENDATION

Daniel L. Wilder, Jr. seeks release from civil contempt confinement based upon his refusal to pay child support. (Doc. 1.) Whether his filing is construed as a complaint pursuant to 42 U.S.C. § 1983 or a habeas corpus petition pursuant to 28 U.S.C. §§ 2241 or 2254, he must either pay a filing fee or move to proceed *in forma pauperis*. 28 U.S.C. § 1914 (imposing a $350 civil filing fee and a $5 filing fee for habeas corpus petitions). Wilder neither paid nor formally sought leave to proceed without payment. Thus, the Clerk sent him a deficiency notice advising him either to pay the filing fee or move for leave to proceed *in forma*

*pauperis* by July 17, 2012. (Doc. 2.) Wilder has failed to comply. Consequently, this case should be **DISMISSED**.

      **SO REPORTED AND RECOMMENDED** this <u>26th</u> day of July, 2012.

                              */s/ G.R. Smith*
                              UNITED STATES MAGISTRATE JUDGE
                              SOUTHERN DISTRICT OF GEORGIA