FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 AUG 17  AM 12:01

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DANIEL L. WILDER, JR.,       )
                             )
    Plaintiff,                )
                             )
v.                           )     CASE NO. CV412-180
                             )
GEORGIA DEPARTMENT OF HUMAN  )
RESOURCES,                   )
                             )
    Defendant.                )
_____)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 17th day of August 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA